**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01233-REB-KMT

CRAIG A. LUCKEY,

    Plaintiff,

v.

VACTOR MANUFACTURING, INC., an Illinois corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation For Dismissal With Prejudice** [#12] filed January 24, 2011. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal With Prejudice** [#12] filed January 24, 2011, is **APPROVED**;

2. That the Trial Preparation Conference set for September 9, 2011, is **VACATED**;

3. That the jury trial set to commence September 26, 2011, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated January 24, 2011, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge